UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>JOHN F KENNEDY UNIVERSITY,<br><br>        Defendant(s).<br>_____/ | No. C-13-01137 DMR<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS PORTIONS OF PLAINTIFF'S COMPLAINT [DOCKET NO. 12] AND DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT [DOCKET NO. 13] AS MOOT** |

The court is in receipt of Defendants' Motion to Dismiss Portions of Plaintiff's Complaint [Docket No.12] and Defendants' Motion to Strike Portions of Plaintiff's Complaint [Docket No.13]. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff properly filed a First Amended Complaint against Defendants on May 31, 2013. Accordingly, Defendants' Motion to Dismiss Portions of Plaintiff's Complaint and Defendants' Motion to Strike Portions of Plaintiff's Complaint are denied as moot.

    IT IS SO ORDERED.

Dated: June 5, 2013

_____
DONNA M. RYU
United States Magistrate Judge