UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff<br><br>vs.<br><br>JOHN F. KENNEDY UNIVERSITY, et al.<br><br>Defendants. | CASE NO.: 4:13-cv-01137-DMR<br><br>JUDGE: HON. DONNA M. RYU<br><br>**STIPULATION AND [PROPOSED] ORDER** |

**STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE**

The parties hereby agree, and the Court hereby **ORDERS,** that the hearing on Defendants' Motion to Dismiss for Use of Pseudonym (Doc. No. 11) shall take place on August 22, 2013, at 11:00 AM, or as soon thereafter as the matter may be heard before the Honorable Donna M. Ryu, Courtroom 4 of the above-entitled court, located at 1301 Clay Street, Oakland, California, 94612.

**STIPULATED BY THE PARTIES:**

/s/ *Robert A. Cocchia*
Robert A. Cocchia
Counsel for Defendants

/s/ *Carlton J. Willey*
Carlton J. Willey
Counsel for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___Lwn{ "4. "4235_ '"""""""""""""""""""""""""'  _____
Hon. Donna M. Ryu

4:13-cv-01137-DMR

**STIPULATION AND [PROPOSED] ORDER**