# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff<br><br>vs.<br><br>JOHN F. KENNEDY UNIVERSITY, et al.<br><br>Defendants. | CASE NO.: 4:13-cv-01137-DMR<br><br>JUDGE: HON. DONNA M. RYU<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

### STIPULATION AND [PROPOSED] ORDER TO CHANGE FILING DATE FOR SECOND AMENDED COMPLAINT

The parties hereby agree, and the Court hereby **ORDERS,** that Plaintiff's date for filing the Second Amended Complaint shall be September 19, 2013.

**STIPULATED BY THE PARTIES:**

*/s/ Robert A. Cocchia*　　　　　　　　　*/s/ Carlton J. Willey*
Robert A. Cocchia　　　　　　　　　　　Carlton J. Willey
Counsel for Defendants　　　　　　　　Counsel for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __Ugrvgo dgt'7.'4235__　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Donna M. Ryu

4:13-cv-01137-DMR