Carlton J. Willey (CA Bar No. 269120)
Campinha Bacote LLP
One Market St., Steuart Tower Ste. 500
San Francisco, CA 94105
(415) 426-7111
(415) 276-2988 (FAX)
cjwilley@CamBacLaw.com

*Attorney for Plaintiff, Jane Doe*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, | CASE NO.: 4:13-cv-01137-DMR |
| Plaintiff | JUDGE: HON. DONNA M. RYU |
| vs. | |
| JOHN F. KENNEDY UNIVERSITY, et al. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL** |
| Defendants. | |

Pursuant to the Court's Order (Doc. No. 34) and Local Rule 79-5, the Court GRANTS Plaintiff's unopposed administrative motion to file redacted versions of the following documents, which the Court has received and approved for sealing:

- Doc. No. 11 – Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss for Use of a Pseudonym
- Doc. No. 14 – Plaintiff's Opposition to Defendants' Motion to Dismiss for Use of a Pseudonym
- Doc. No. 20 – Defendants' Reply Memorandum of Points and Authorities to Plaintiff's Opposition to Defendants' Motion to Dismiss for Use of a Pseudonym

**IT IS SO ORDERED.**

DATED: ___September 10, 2013_     _____
                                  Hon. Donna M. Ryu