**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
9   JANE DOE,                         No. C-13-01137 DMR
10            Plaintiff(s),           **AMENDED ORDER FOR STATUS**
                                      **REPORT AND ORDER VACATING**
11       v.                           **CASE MANAGEMENT CONFERENCE**
12  JOHN F KENNEDY UNIVERSITY,
13            Defendant(s).
    _____/
14
15       The court is in receipt of Plaintiff's letter regarding the parties' pending settlement and
16  stipulated dismissal. [Docket No. 40.]  In light of the pending settlement, the Case Management
17  Conference previously scheduled for October 9, 2013 has been VACATED.  The parties shall file a
18  stipulated dismissal or submit a joint status report regarding the settlement of this matter by no later
19  than October 31, 2013.
20
21       IT IS SO ORDERED.
22
23  Dated:  October 7, 2013
24                                      _____
25                                      DONNA M. RYU
                                        United States Magistrate Judge
26
27
28